[Cite as *U.S. Bank Natl. Assn. v. Perry,* 134 Ohio St.3d 328, 2012-Ohio-5497.]

U.S. BANK NATIONAL ASSOCIATION, TRUSTEE, APPELLANT, *v.* PERRY ET AL.,
APPELLEES.

[Cite as *U.S. Bank Natl. Assn. v. Perry,* **134 Ohio St.3d 328, 2012-Ohio-5497.**]

*Court of appeals' judgment affirmed on the authority of* Fed. Home Loan Mtge.
Corp. v. Schwartzwald.

(No. 2011-0170—Submitted December 4, 2012—Decided December 5, 2012

APPEAL from the Court of Appeals for Cuyahoga County,
No. 94757, 2010-Ohio-6171.

_____

{¶ 1}   The judgment of the court of appeals is affirmed on the authority
of *Fed. Home Loan Mtge. Corp. v. Schwartzwald*, 134 Ohio St.3d 13, 2012-Ohio-
5017, 979 N.E.2d 1214.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL,
LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Thompson Hine, L.L.P., Scott A. King, and Terry W. Posey Jr., for
appellant.

Zashin & Rich Co., L.P.A., and Lawrence J. Rich, for appellees, Dorothy
Perry and Worley Perry.

Legal Aid Society of Cleveland, Howard Strain, and Harold L. Williams;
and Southeastern Ohio Legal Services and Peggy P. Lee, urging affirmance for
amici curiae Legal Aid Society of Cleveland and Southeastern Ohio Legal
Services.

_____